AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PHILLIP WATTS,

Petitioner,

                              JUDGMENT IN A CIVIL CASE

V.                       CASE NUMBER: CV124-233

SHERIFF WHITTLE,

Respondent

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 24, 2025, the Magistrate Judge's Report and Reommendation is adopted as the Court's opinion; therefore, the Petition filed pursuant to 28 U.S.C. § 2241 is dismissed without prejudice. Petitioner is denied a certificate of appealability and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



| 1/24/25 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *signature* |
| | (By) Deputy Clerk |